IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CITIZENS IN CHARGE, *et al.*, | :  |
| | : Case No.: 2:08-cv-1014 |
| Plaintiffs, | : |
| | : Judge Edmond A. Sargus, Jr. |
| vs. | : Magistrate Judge Elizabeth Preston Deavers |
| | : |
| JON HUSTED, | : |
| OHIO SECRETARY OF STATE, | : |
| | : |
| Defendant. | : |

| | |
|---|---|
| | : |
| CITIZENS IN CHARGE, *et al.*, | : Case No. 2:10-cv-0095 |
| | : |
| Plaintiffs, | : Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Elizabeth Preston Deavers |
| vs. | : |
| | : |
| JON HUSTED, | : |
| OHIO SECRETARY OF STATE, | : |
| | : |
| Defendant. | : |

## AGREED ORDER OF PARTIAL DISMISSAL

By agreement of the parties, it is hereby ORDERED that all Counts in Plaintiffs' Complaint in Case No. 08-cv-1014, and Counts Two and Four in Plaintiffs' Complaint in Case No. 2:10-cv-0095, are dismissed without prejudice.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund A. Sargus, Jr.  5-15-2011
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edmund A. Sargus, Jr., Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

HAVE SEEN AND APPROVE:

*s/ William M. Todd*  *(per email auth.)*
William M. Todd (0023061)
AXELROD LALIBERTE
137 East State Street
Columbus, Ohio 43215
(614) 545-6306
(614) 545-6356 fax
wtodd@axelrodohio.com

*Counsel for Plaintiffs in*
*Case No. 2:08-cv-1014*

*s/ David R. Langdon*
David R. Langdon (0067046)
Joshua B. Bolinger (0079494)
LANGDON LAW LLC
11175 Reading Rd., Ste. 104
Cincinnati, Ohio 45241-1997
(513) 577-7380
(513) 577-7383 fax
dlangdon@langdonlaw.com
jbolinger@langdonlaw.com

*Counsel for Plaintiffs in*
*Case Nos. 2:08-cv-1014; 2:10-cv-0095*

*s/ Richard N. Coglianese*  *(per email auth.)*
Richard N. Coglianese (0066830)
Assistant Attorney General
Constitutional Offices Section
30 E. Broad St., 16th Floor
Columbus, Ohio 43215
(614) 466-2872
(614) 728-7592 fax
richard.coglianese@ohioattorneygeneral.gov

*Counsel for Defendant*
*Ohio Secretary of State Jon Husted*