AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CITIZENS IN CHARGE, et al.,**
      **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

vs.

**JON HUSTED,**                        **CASE NO.  C2-08-1014**
**OHIO SECRETARY OF STATE,**      **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**                 **MAGISTRATE JUDGE E. PRESTON DEAVERS**


**CITIZENS IN CHARGE, et al.,**
      **Plaintiffs,**

vs.

**JON HUSTED,**                        **CASE NO.  C2-10-095**
**OHIO SECRETARY OF STATE,**      **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**                 **MAGISTRATE JUDGE E. PRESTON DEAVERS**

-    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

- [X]  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the Opinion and Order filed August 19, 2011, JUDGMENT is hereby entered DISMISSING this consolidated case.**


Date: August 19, 2011                        JAMES BONINI, CLERK

                                                   /S/ Andy F. Quisumbing
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk